IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal No. 19-MJ-00196-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. SAMUEL ARCHULETA,

Defendant.

---

## MINUTE ORDER REGARDING EMERGENCY MOTION FOR IMMEDIATE RELEASE [DOC 51]

---

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

This matter is before the Court on Defendant's Emergency Motion For Immediate Release And Memorandum in Support [Doc 51] (the "Motion"). The Motion argues that the Court should release the Defendant from custody pending his revocation hearing due to the nationwide COVID-19 outbreak and the unique concerns that this outbreak poses to individuals in detention. While the Court is sympathetic to those unique concerns, the Motion fails to identify any changed circumstances that would undermine the Court's earlier conclusion that there are no conditions or combination of conditions that the Court could impose that would assure the defendant's presence or the safety of the community. Accordingly, the Motion is DENIED.

Case remains as previously set for hearing on April 6, 2020 at 11:30 am.

**DATED: March 25, 2020**

BY THE COURT:

_____
James M. Candelaria
United States Magistrate Judge

1